**FILED**
**JUL - 2 2007**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO.  07-30090-GPM |
| RICHARD A. CHAPMAN, | ) ) ) |
| Defendant. | ) |

### PERSONAL RECOGNIZANCE ORDER

I, __RICHARD A. CHAPMAN__, having been charged by way of Indictment with the offense of _possession of child pornography_, having appeared in the United States District Court for the Southern District of Illinois in response thereto and having been advised of the terms and conditions of release pursuant to the Bail Reform Act, 18 U.S.C. §3141 et seq., and in particular the possible penalty prescribed by 18 U.S.C. §3146 for failure to appear before a court as required by the conditions of release, do hereby commit myself to make all such appearances of which I have received proper and timely notice.

**The Defendant shall next appear on August 20, 2007 at 11:00 am for Final Pretrial Conference and September 11, 2007 at 8:00 am for Trial both before Chief Judge G. Patrick Murphy in East St. Louis, Illinois.**

_[signature]_
Defendant

Address: _101 Tara Ct_

City/State/Zip: _Cottage Hills IL 62018_

Telephone Number: _618 9736622_

Dated: _7/2/07_

_[signature]_
**U.S. MAGISTRATE JUDGE**
**DONALD G. WILKERSON**

AO199A (Rev.10/97 SD/IL) Order Setting Conditions of Release                                             Page 1 of 2 Pages

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
|  | )    CRIMINAL NO. 07-30090-GPM-01 |
| vs. | ) ) |
| RICHARD A. CHAPMAN, | ) ) |
| Defendant. | ) |

### ORDER SETTING CONDITIONS
### OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall advise the U. S. Pretrial Services Agency in writing, of any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear **August 20, 2007 at 11:00 a.m. for Final Pretrial Conference and September 11, 2007 at 8:00 am for Trial both before Chief Judge G. Patrick Murphy in East St. Louis, Illinois.**

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(X)  (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( )  (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of **$ 0** in the event of a failure to appear as required or violation of any of the other conditions set forth in this order, or to surrender as directed for service of any sentence imposed.

Copies to:   Defendant
             Defendant's Attorney
             U.S. Marshal
             U.S. Attorney
             U.S. Probation

AO 199B (Rev.10/97) Additional Conditions of Release                                                                 Page 2 of 2

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )   (6)   The defendant is placed in the custody of:
            (Name of person or organization) _____
            (Address) _____
            _____
            (City, State and Zip) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                                  Signed: _____
                                                                   Custodian or Proxy

(X)   (7)   The defendant shall:
      (X)   (a)   maintain or actively seek employment
      ( )   (b)   maintain or commence an educational program.
      ( )   (c)   abide by the following restrictions on his personal associations, place of abode, or travel:
      (X)   (d)   avoid all contact, either directly or indirectly, with any persons, who are considered either alleged defendant, victims or potential witnesses.
      (X)   (e)   report to the U.S. Probation Office as directed.
      ( )   (f)   comply with the following curfew:
      ( )   (g)   not possess any firearm, weapons, destructive device, or other dangerous weapon.
      ( )   (h)   refrain from excessive use of alcohol.
      ( )   (i)   refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner.
      ( )   (j)   undergo medical or psychiatric treatment and/or remain in an institution, as follows:
      ( )   (k)   execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property:
      ( )   (l)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:
      ( )   (m)   execute a bail bond with solvent sureties in the amount of $
      ( )   (n)   return to custody each (week)day as of ___ o'clock after being released each (week)day as of ___ o'clock for employment, schooling, or the following limited purpose(s):
      ( )   (o)   surrender any passport to U.S. District Court, SD/IL and/or obtain no passport.
      ( )   (p)   submit to drug testing, treatment and/or evaluation for the same as directed by the supervising officer.
      ( )   (q)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
      ( )   (r)   Defendant is placed on home detention. Defendant may leave residence to _____ which shall be coordinated with probation.
      ( )   (s)   abide by all conditions of supervised release which shall apply to this bond.
      ( )   (t)   Travel is restricted to SD/IL and ED/MO. All requests for travel will require prior approval.
      (X)   (u)   Report as soon as possible, to the Pretrial Service Office any contact with law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.
      ( )   (v)   Defendant is ordered to reside with _____ in _____ IL or MO.
      (X)   (w)   No unsupervised visits or contact with children under the age of 16 years except defendant's.
      (X)   (x)   No computers in residence, no internet access.